## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Patrick Plantin,                                      Civil No. 07-163 (PAM/AJB)

            Petitioner,

v.                                                                                     **ORDER**

Joan Fabian, Minnesota Commissioner of
Corrections, & Robert Feneis, Warden of Minnesota
Correctional Facility in Rush City, MN

            Respondents.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated January 29, 2008. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that:

1. Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Docket No. 1) is **DENIED;** and

2. The action is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 6, 2008

                                                              s/ Paul A. Magnuson
                                                              Paul A. Magnuson
                                                              United States District Court Judge